IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TERENCE D. JACKSON, | : | |
|     Plaintiff, | : | |
| | : | |
| v. | : | CIVIL ACTION NO. 19-CV-3560 |
| | : | |
| UNITED STATES OF AMERICA, | : | |
| *et al.*, | : | |
|     Defendants. | : | |

## ORDER

**AND NOW**, this 29th day of March, 2021, upon review of Defendants' Motion to Dismiss (Docket No. 35), and Plaintiff's opposition thereto, it is hereby **ORDERED** as follows:

1. Defendants' Motion to Dismiss (Docket No. 35) is **GRANTED**; and

2. This matter is dismissed.

**BY THE COURT:**

**/s/ Jeffrey L. Schmehl**
JEFFREY L. SCHMEHL, J.